USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **EASTERN** DISTRICT OF **NEW YORK**

UNITED STATES OF AMERICA

v.

RAMON TAVERAS

CRIMINAL NUMBER:

**06-CR-639(NG)**

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **RAMON TAVERAS**, defendant, have been informed that an (indictment, *information*, complaint) is pending against me in the above designated cause. I ~~wish to plead~~ **have pled guilty** to the offense charged, and ~~consent~~ to the disposition of the case in the **Southern** District of **New York** in which I, **Ramon Taveras**, (am under arrest) am held) and to waive trial in the above captioned District.

Dated: 4/13/07 20__ at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

A TRUE COPY ATTEST
DATE July ........ 20 07
ROBERT C. HEINEMANN
BY: _____ K
                          CLERK

Approved

Roslynn R. Mauskopf
United States Attorney for the
**Eastern** District of
**New York**

Michael Garcia
United States Attorney for the
**Southern** District of
**New York**