# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

RAMON TAVARES,

DEFENDANT.

07 **908**

WAIVER OF INDICTMENT

CASE NUMBER: 06-639

I, RAMON TAVARES, the above named defendant, who is accused of conspiring to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms ~~one kilogram~~ or more of a substance containing ~~heroin, a Schedule I~~ cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on October 4, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2007

_Ramon Tavares_
RAMON TAVARES
Defendant

_[signature]_
Barry Weinstein, Esq.
Counsel for Defendant

Before _[signature]_
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York

A TRUE COPY
ATTEST
DATE July 3, 20 07
ROBERT C. HEINEMANN
BY _Christine [illegible]_  CLERK
                            DEPUTY CLERK



CD:AB:EAL
F.# 2006R01780

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RAMON TAVERAS,

    Defendant.

- - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 4 2006 ★
BROOKLYN OFFICE

I N F O R M A T I O N

Cr. No. 06-639
(T. 21, U.S.C., §§ 846
and 841(b)(1)(A)(ii)(II);
T. 18, U.S.C., §§ 3551
et seq.)

THE UNITED STATES ATTORNEY CHARGES:

In or about and between January 2004 and September 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RAMON TAVERAS, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE COPY
ATTEST
DATE July 3 20 07
ROBERT C. HEINEMANN
Christine Purifica CLERK
DEPUTY CLERK

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

MJSELECT

# U.S. District Court
# Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00639-NG All Defendants

| | |
|---|---|
| Case title: USA v. Taveras | Date Filed: 09/25/2006 |
| Other court case number: 05cr539 EDNY | Date Terminated: 06/20/2007 |

Assigned to: Judge Nina Gershon

**Defendant**

**Ramon Taveras (1)**
*TERMINATED: 06/20/2007*

A TRUE COPY ATTEST
DATE...........................20......
ROBERT C. HEINEMANN
BY........................................CLERK
DEPUTY CLERK

represented by **Barry Alan Weinstein**
Goldstein & Weinstein
888 Grand Concourse
Bronx, NY 10451
718-665-9000
Fax: 718-665-9147
Email: bweinstein22@optonline.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

CONSPIRACY TO DISTRIBUTE NARCOTICS
(1)

**Disposition**

Rule 20 Transfer out to S.D.N.Y.Rule 20 Transfer out to S.D.N.Y.Rule 20 Transfer out to S.D.N.Y.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                            represented by **Elizabeth Latif**
                                                United States Attorney's Office/EDNY
                                                147 Pierrepont Street
                                                Brooklyn, NY 11201
                                                718-254-6343
                                                Fax: 718-254-6076
                                                Email: Elizabeth.Latif@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2006 | 1 | NOTICE of Intent to proceed under FRCrP 7(b) by Ramon Taveras (Bowens, Priscilla) (Entered: 09/28/2006) |
| 10/04/2006 | 3 | INFORMATION as to Ramon Taveras (1) count(s) 1. (Piper, Francine) (Entered: 02/28/2007) |
| 10/04/2006 | 4 | Consent to Have Plea Taken before U.S. Magistrate Pohorelsky as to Ramon Taveras (Ordered by Judge Viktor V. Pohorelsky on 10/4/06) (Piper, Francine) (Entered: 02/28/2007) |
| 10/04/2006 | 5 | Minute Entry for proceedings held before Viktor V. Pohorelsky :Arraignment as to Ramon Taveras (1) Count 1 held on 10/4/2006, Initial Appearance as to Ramon Taveras held on 10/4/2006, Plea entered by Ramon Taveras (1) Guilty Count 1. Sentencing 1/30/06 at 2:30. AUSA Walter Norkin; Defense Counsel, Barry Weinstein. (Piper, Francine) (Entered: 03/02/2007) |
| 10/04/2006 | 6 | WAIVER OF INDICTMENT by Ramon Taveras before Mag. Pohorelsky on 10/4/06. (Piper, Francine) Additional attachment(s) added on 7/2/2007 (Puma, Christine). (Entered: 03/02/2007) |
| 11/21/2006 | 2 | SEALED ENVELOPE containing transcript of Proceedings as to Ramon Taveras held on 10/4/06 before Judge Pohorelsky. Court Reporter: Transcription Plus II. (Hong, Loan) (Entered: 11/21/2006) |
| 02/22/2007 | 7 | Order to Unseal Information and Waiver of Indictment as to Ramon Taveras. (Ordered by Judge Nina Gershon on 2/15/07) (Piper, Francine) (Entered: 03/02/2007) |
| 03/14/2007 | 8 | Order, that the entire docket sheet and all documents filed be unsealed as to Ramon Taveras. (Ordered by Judge Nina Gershon on 3/7/07) (Piper, Francine) (Entered: 03/14/2007) |
| 06/20/2007 | 9 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to S.D.N.Y. Counts closed as to Ramon Taveras (1) Count 1. Certified copies of |

|  |  | information, waiver, rule 20, and docket sheet mailed to S.D.N.Y., Fedex #: 840810104246. (Puma, Christine) (Entered: 07/02/2007) |
|--|--|--|