

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2007

BY FACSIMILE

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    **United States v. Ramon Taveras**
                  **S2 04 Cr. 538 (LAP)**

                  **United States v. Ramon Taveras**
                  **07 Cr. 908 (LAP)**

Dear Judge Preska:

        The Court recently consolidated the above-referenced cases before Your Honor.
Both cases are ready for sentencing. The Government, with the consent of the defendant,
respectfully requests that Your Honor set a date for sentencing and direct that the United States
Probation Office prepare a presentence investigation report.

*Sentencing shall be on February 21, 2008 at 4:00pm. The USPO shall prepare a PSR.*

SO ORDERED         

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:   David Goldstein, Esq. (by fax)

*November 15, 2007*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Michael Levy*
Michael A. Levy
Assistant United States Attorney
(212) 637-2346